**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000531**
**10-MAR-2020**
**09:11 AM**

NO. CAAP-19-0000531

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LANIAKEA, INC., Plaintiff-Appellee, v.
GAIL PACHECO, Defendant-Appellant,
and DOES 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0041)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On July 18, 2019, the supreme court clerk received the notice of appeal from self-represented Defendant-Appellant Gail Pacheco (Pacheco). The supreme court clerk electronically filed the notice of appeal on July 22, 2019;

(2) On October 7, 2019, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 17, 2019, and November 18, 2019, respectively;

(3) Pacheco did not file either document or request an extension of time;

(4) On December 3, 2019, the appellate clerk notified Pacheco that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on December 13, 2019, for appropriate action,

which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Pacheco may request relief from default by motion; and

(5) Pacheco took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 10, 2020.

Chief Judge

Associate Judge

Associate Judge

2